UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Owen Cleveland Whitley            Docket No. 5:11-CR-54-1FL

**Petition for Action on Supervised Release**

COMES NOW Erica W. Foy, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Owen Cleveland Whitley, who, upon an earlier plea of guilty to Felon in Possession of a Firearm and Ammunition, 18 U.S.C. §§ 922(g)(1) and 924, was sentenced by the Honorable Louise W. Flanagan, U.S. District Judge, on February 13, 2012, to the custody of the Bureau of Prisons for a term of 105 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Owen Cleveland Whitley was released from custody on October 24, 2018, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Whitley expressed that he is having difficulty in dealing with his addiction to substances and also with the transition from incarceration to being on supervised release. His substance abuse counselor suggested that mental health treatment could be beneficial, in addition to the substance abuse treatment he is already receiving. The defendant agreed with this recommendation and signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/Jeffrey L. Keller<br>Jeffrey L. Keller<br>Supervising U.S. Probation Officer | /s/Erica W. Foy<br>Erica W. Foy<br>U.S. Probation Officer<br>310 New Bern Avenue, Room 610<br>Raleigh, NC 27601-1441<br>Phone: 919-861-8665<br>Executed On: November 16, 2018 |

**Owen Cleveland Whitley**
**Docket No. 5:11-CR-54-1FL**
**Petition For Action**
**Page 2**

## ORDER OF THE COURT

Considered and ordered this __20th__ day of __November__, 2018, and ordered filed and made a part of the records in the above case.

_____
Louise W. Flanagan
U.S. District Judge