UNITED STATES DISTRICT COURT  
for the  
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Owen Cleveland Whitley**             Docket No. 5:11-CR-54-1FL

**Petition for Action on Supervised Release**

COMES NOW Taylor R. O'Neil, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Owen Cleveland Whitley, who, upon an earlier plea of guilty to Possession of a Firearm and Ammunition, 18 U.S.C. §§ 922(g)(1) and 924, was sentenced by the Honorable Louise W. Flanagan, U.S. District Judge, on February 13, 2012, to the custody of the Bureau of Prisons for a term of 105 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Owen Cleveland Whitley was released from custody on April 09, 2019, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On May 8, 2019, the defendant submitted a drug test that tested positive for cocaine. The defendant was upfront about his use when confronted with the positive. He remains active in the HOPE program and compliant to his treatment plan. It is being recommended that the defendant be subject to GPS monitoring for a period not to exceed 120 days.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 120 consecutive days. The defendant is restricted to their residence during the curfew hours. The defendant shall submit to the following Location Monitoring: GPS monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Jeffrey L. Keller | /s/ Taylor R. O'Neil |
| Jeffrey L. Keller | Taylor R. O'Neil |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | 310 New Bern Avenue, Room 610 |
| | Raleigh, NC 27601-1441 |
| | Phone: 919-861-8698 |
| | Executed On: May 29, 2019 |

**Owen Cleveland Whitley**
**Docket No. 5:11-CR-54-1FL**
**Petition For Action**
**Page 2**

## ORDER OF THE COURT

Considered and ordered this __29th__ day of __May__, 2019, and ordered filed and made a part of the records in the above case.

_____
Louise W. Flanagan
U.S. District Judge